# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154442(138)

ALI BAZZI,
       Plaintiff-Appellant,

and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
       Intervening Plaintiffs-Appellants,

and

TRANSMEDIC, LLC,
       Intervening Plaintiff-Appellee,

v

                SC: 154442
                COA: 320518
                Wayne CC: 13-000659-NF

SENTINEL INSURANCE COMPANY,
       Defendant/Third-Party
       Plaintiff-Appellee,

and

CITIZENS INSURANCE COMPANY,
       Defendant-Appellee,

and

HALA BAYDOUN BAZZI and
MARIAM BAZZI,
       Third-Party Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant Ali Bazzi and intervening plaintiffs-appellants Genex Physical Therapy, Inc., and Elite Chiropractic Center, PC, to extend the time for filing their brief on appeal is GRANTED. The brief will be accepted for filing if submitted on or before August 9, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      July 12, 2017            
                                 Clerk